IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DE'ARCEY JAMUL STEWART,      )   No. C 09-1527 JSW
                             )
            Plaintiff,       )   **ORDER AMENDING ORDER OF**
                             )   **SEPTEMBER 23, 2010**
      v.                     )
                             )
M.S. EVANS, et al.,          )
                             )
            Defendants.      )
_____ )

The order entered September 23, 2010, is hereby AMENDED as follows *nunc pro tunc*:

The following heading of the order:

**ORDER DENYING MOTION TO DISMISS AND RESOLVING MOTIONS SEEKING EXTENSIONS OF TIME, DISCOVERY AND A PROTECTIVE ORDER**

is deleted and replaced with the following heading:

**ORDER GRANTING MOTION TO DISMISS AND RESOLVING MOTIONS SEEKING EXTENSIONS OF TIME, DISCOVERY AND A PROTECTIVE ORDER.**

IT IS SO ORDERED.

DATED: May 1, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DE'ARCEY J. STEWART,

        Plaintiff,                 Case Number: CV09-01527 JSW

  v.                           **CERTIFICATE OF SERVICE**

M.S. EVANS et al,

        Defendant.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

De'Arcey Jamul Stewart
J15499
P.O. Box 5002
Calipatria, CA 92233

Dated: May 1, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk